**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Reciept Fee (Endorsement Required) | | 1:08-CV-601 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | DOC.60 2/3/10 |

Sent To DAVID EASLEY, 306-400
Street, Apt. No.; or PO Box No. SOCF, P.O. BOX 45699
City, State, ZIP+4 LUCASVILLE, OH 45699

PS Form 3800, June 2002      See Reverse for Instructions

7002 3150 0000 8388 1819