U.S. District Court

David Easley

No. 1:08-CV-601

V.

Gary Haywood et al

FILED JOHN P. HEHMAN CLERK 2012 NOV -1 AM 11:23

Motion in Lemine / protective order

Plaintiff moves this Court to grant Motion in Lemine to not allow or permitt Conduct Reports / Disciplinary Reports to be used or introduced into evidence at trial thats not Relevant or Relate to July 3, 2008 issue of excessive Force Claim. Defendants Plan to prejudice the Jury with non Relevant Conduct Reports. Defendants Refuse to turn over Defendants Disciplinary Records But is Attempting to use mine for trial. Defendants Seek Protective order So do I.

Respectfully
David Easley
Pro Se

Certificate of service
Foregoing was sent Via U.S.P.S. to Debra Wehrle 150 E. Gay St 16th FL Columbus Ohio 45202 Oct 29, 2012

David Easley