# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**DAVID EASLEY**,

      *Plaintiff,*

v.

**GARY HAYWOOD, et al.,**

      *Defendants.*

Case Number: 1:08cv601

**JUDGE TIMOTHY S. BLACK**

## MOTION IN LIMINE TO PROHIBIT THE INTRODUCTION OF PROTECTED EVIDENCE AT TRIAL

On December 14, 2014, the Parties entered into a Stipulated Protective Order for the Protection of Confidential Information. (Doc #: 223). The purpose of the Stipulated Protective Order was, *inter alia*, to "limit the disclosure of discovered information, for the protection of third parties and to preserve confidentiality of certain matters." (Doc #: 223, PAGEID #: 1106). Pursuant to Section (6), only those individuals listed in subsections a through g, are able to view documents marked as "confidential." (*Id.*, PAGEID #: 1108). Plaintiff was specifically exempted from any "pretrial viewing or obtaining" information contained within any such identified document. (*Id.*).

According to Paragraph 17, should Plaintiff anticipate using any such identified documents at trial, the Parties have agreed to "work to enter into a written agreement as to the use of the documents or information to which this Stipulated Protective Order applies." (*Id.*, PAGEID #: 1111).

Plaintiff's counsel has at all times upheld this Stipulated Protective Order in accordance with its mandates. Defense counsel files this pleading only as a customary precaution taken in every case proceeding to trial in which confidential information has been disclosed.

WHEREFORE, Defendants respectfully request that this Honorable Court prohibit disclosure of confidential information unless the Parties have entered into an agreement authorizing the same.

Respectfully submitted,

**MICHAEL DEWINE**
Ohio Attorney General

*/s/ Debra Gorrell Wehrle*
DEBRA GORRELL WEHRLE (0062747)
JUDITH GOLDSTEIN (0069655)
Assistant Attorneys General
Criminal Justice Section
150 East Gay St., 16th Floor
Columbus, Ohio  43215
Phone: (614)644-7233; Fax: (866)429-9043
debra.wehrle@ohioattorneygeneral.gov
judith.goldstein@ohioattorneygeneral.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed on April 8, 2015. Notice of this filing will be sent to all parties by the operation of the Court's electronic filing system. Parties my access this filing through the Court's system.

*/s/ Debra Gorrell Wehrle*
DEBRA GORRELL WEHRLE (0062747)
Assistant Attorney General

2